UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-23811-CIV-ALTONAGA/O'Sullivan

**LEONARDO WELLINGTON NIEVES CRUZ**,

  Plaintiff,
v.

**WARRIOR AIR, INC.**, *et al.*,

  Defendants.
_____/

## ORDER REQUIRING SCHEDULING REPORT
## AND CERTIFICATES OF INTERESTED PARTIES[1]

  The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **October 7, 2016**. In addition, by **October 7, 2016**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

  **DONE AND ORDERED** in Miami, Florida this 27th day of September, 2016.

                _____
                **CECILIA M. ALTONAGA**
                **UNITED STATES DISTRICT JUDGE**

cc: counsel of record

---

[1] The parties must not include Judge Altonaga and U.S. Magistrate Judge O'Sullivan as interested parties unless they have an interest in the litigation.