### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 16-23811-CIV-ALTONAGA/O'Sullivan

**LEONARDO WELLINGTON
NIEV CRUZ**,

     Plaintiff,

v.

**WARRIOR AIR, INC.**, *et al*,

     Defendants.

_____/

### ORDER

**THIS CAUSE** came before the Court upon the parties' Joint Motion for Extension . . . ("Motion") [ECF No. 16], filed on October 7, 2016.  The parties seek an extension of the deadline to file a joint scheduling report as required by the Order [ECF No. 14] of September 27, 2016.  Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion **[ECF No. 16]** is **GRANTED**.  The parties shall submit their joint scheduling report by **October 13, 2016**.

2. By **October 13, 2016**, Plaintiff, Leonardo Wellington Niev Cruz shall also submit his certificate of interested parties containing a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to the party.

CASE NO. 16-23811-CIV-ALTONAGA/O'Sullivan

**DONE AND ORDERED** in Miami, Florida, this 11th day of October, 2016.

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2