**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:16-cv-23811-CMA

LEONARDO WELLINGTON NIEVES CRUZ a/k/a WILLIE CORNEJO and all others similarly situated under 29 U.S.C. §216(b),

    Plaintiff,

v.

WARRIOR AIR, INC. d/b/a RAMONA MOTEL; FERNANDO MILLON; LUZ STELLA MILLON,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF CALENDAR CONFLICT REGARDING SETTLEMENT CONFERENCE AVAILABILITY

**COME NOW**, Defendants, by and through undersigned counsel, and file(s) this Notice of Calendar Conflict regarding the settlement conference in this matter, and state as follows regarding the calendar conflict:

1. On October 21, 2016, this matter was scheduled by the Court for a settlement conference before The Honorable Magistrate Judge O'Sullivan, to occur on December 12, 2016 at 9:30 a.m. See, *DE #23*.

2. Both Defendants' lead counsel in this matter and Plaintiff's counsel's firm are scheduled for a special set jury trial before The Honorable Magistrate Judge Otazo-Reyes, in the matter of *Sonia Esperanza Garcia v. Lorena Lecther, etc., et al.*, S.D. Fla. Case No. 1:15-cv-24105-AOR, to start on the same day – December 12, 2016 – at 9:00 a.m. See, *Exhibit "A"*.

3.  Defendants' counsel intends to contact Plaintiff's counsel's office as soon as it opens after the Jewish Holiday regarding the filing of a motion to change the date and time currently set for the settlement conference in this matter.

WHEREFORE, the Defendants respectfully request the Court to take notice of the aforementioned calendar conflict regarding the settlement conference scheduled in this matter.

Dated, this 24th day of October, 2016.

> LUBELL & ROSEN, LLC
> *Attorneys for Defendants*
> 200 S. Andrews Ave, Suite 900
> Ft. Lauderdale, Florida 33301
> Phone: (954) 880-9500
> Fax: (954) 755-2993
> E-mail:   adi@lubellrosen.com
>
> By: *s/Adi Amit*
>      Adi Amit, Esquire
>      Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 24, 2016, I electronically filed the foregoing document with the clerk of the court using CM/ECF.  I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> /s/ *Adi Amit*
> Adi Amit

**SERVICE LIST**

*Leonardo Wellington Nieves Cruz, etc. v. Warrior Air Inc., etc., et al.*
S.D. Fla. Case No. 1:16-cv-23811-CMA

| | |
|---|---|
| Allyson Morgado, Esq.<br>Joshua Howard Sheskin, Esq.<br>Jamie H. Zidell, Esq.<br>J.H. ZIDELL, P.A.<br>300 71st Street, Suite 605<br>Miami Beach, Florida 33141<br>amorgado.jhzidell@gmail.com<br>jsheskin.jhzidellpa@gmail.com<br>ZABOGADO@AOL.COM<br>*Counsel for Plaintiff* | Adi Amit, Esquire<br>LUBELL & ROSEN, LLC<br>200 S. Andrews Avenue<br>Suite 900<br>Fort Lauderdale, Florida 33301300<br>adi@lubellrosen.com<br>*Counsel for Defendants* |