UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-23811-CIV-ALTONAGA/O'Sullivan

**LEONARDO WELLINGTON NIEVES CRUZ**,

    Plaintiff,
v.

**WARRIOR AIR, INC.**, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon a *sua sponte* review of the record. On October 31, 2016 [ECF No. 29], the Clerk appointed George F. Knox as mediator in this cause pursuant to the Plaintiff's request. Accordingly, it is

**ORDERED AND ADJUDGED** that on or before **November 7, 2016**, the parties shall submit a proposed order scheduling mediation in accordance with the October 14, 2016 Trial Order. **The parties are reminded that pursuant to the procedures outlined in the CM/ECF Administrative Procedures, the proposed order is be emailed to altonaga@flsd.uscourts.gov. in Word format.**

**DONE AND ORDERED** in Miami, Florida, this 1st day of November 1, 2016.

                                                */s/ Cecilia M. Altonaga*
                                              **CECILIA M. ALTONAGA**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record