UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-23811-CIV-ALTONAGA/O'Sullivan

**LEONARDO WELLINGTON NIEVES CRUZ**,

    Plaintiff,
v.

**WARRIOR AIR, INC.**, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court on Plaintiff's Motion for Extension of Time To File Order Scheduling Mediation ("Motion") [ECF No. 31]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The parties have until **November 15, 2016** to file a proposed order scheduling mediation. The proposed order must be emailed to the Court in Word format as required by the CM/ECF Administrative Procedures.

**DONE AND ORDERED** in Miami, Florida this 9th day of November, 2016.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record